# United States Court of Appeals
## For the First Circuit

No. 15-1779

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN ERICK MONTES-FOSSE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 31, 2016, is amended as follows:

On page 3, line 4, change "the day" to "that day"